MARGARET M. BOWDEN, as Successor Trustee of the Property of JULIA J. SUTFIN, under Two Declarations of Trust, Plaintiff, v. HEARL L. OWEN, Individually and as Executor, etc., of JULIA J. SUTFIN, Deceased, and Others, Appellants, Impleaded with THE REFORMED CHURCH OF SCHUYLERVILLE, SARATOGA COUNTY, NEW YORK, and Others, Defendants, and LAWRENCE B. SUTFIN and Others, Respondents.— Judgment affirmed, with costs. All concurred, except H. T. Kellogg, J., dissenting.

CHEMUNG CANAL TRUST COMPANY, Respondent, v. FRANK LEON BREESE and ALMA. G. BREESE, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

CYRUS F. CLARK, as Sole Surviving Member of the Firm of CLARK & SQUIRES, Appellant, v. DEGRASSE PAPER COMPANY, Respondent.— Judgment unanimously affirmed, with costs.

HENRY CLARK, Respondent, v. JAMES HOGAN, Appellant, and JAMES PURCELL, Defendant.— Judgment unanimously affirmed, with costs.

RUFUS HERRICK v. THOMAS F. FITZGERALD.— Motion denied.

INTERNATIONAL PAPER COMPANY, Appellant, Respondent, v. WILLIAM ROCKEFELLER, Respondent, Appellant.— Judgment and orders affirmed, with costs. All concurred, except Woodward, J., dissenting.; H. T. Kellogg, J., not sitting.

SOLOMON KLEIMAN, Respondent, v. FRED W. SILBERKRAUS and OLIVER VAN AMBERG, Appellants.— Judgment and order affirmed, with costs. All concurred, except John M. Kellogg, P. J., and Lyon, J., dissenting.

ROSE C. LE ROY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.